```
                                                              FILED
Steven C. Lynes (SBN 174020)   [Name; State Bar ID No.]
LYNES & ASSOCIATES             [Address]                   MAY 31 2013
1420 E. Roseville Pkwy. Ste. 140-215
Roseville, CA 95661
(916) 660-5005                 [Telephone]             UNITED STATES BANKRUPTCY COURT
Attorney for Debtor/Debtor In Propria Persona          EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re Greenwood, Dan & Tina     )    Case No. 2012-32070
                                )
                                )    **WAGE ORDER**
                                )
                                )
                 Debtor(s).     )

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT *[insert name and address of employer]* Union Pacific Railroad Company, 1400 DOUGLAS ST STOP 1660, OMAHA NE 68179 _____, the employer of the above-named debtor, is hereby directed until further court order to deduct from the debtor's wages, and to promptly forward to the Chapter 13 Standing Trustee, *[insert Trustee's name]* Jan P. Johnson _____, at *[insert Trustee's mailing address]* PO Box 1157, Sacramento CA 95812 _____, the sum of $ 390.00 ____ each month. Payroll deductions made in accordance with the applicable law for current income tax withholding, federal social security, state disability, insurance premiums, union dues, employee welfare fund agreements, mandatory retirement contributions, and employer sustenance agreements are not affected by this order and may be continued.

This is a voluntary wage order and may include money for living expenses, such as mortgage and vehicle payments. Therefore, the salary percentage deduction limitations set forth in California Code of Civil Procedure § 706.050 and 15 U.S.C. § 1673(a) do not apply.

A copy of this order shall be served by mail on the present and subsequent employers of the debtor. Monies transmitted to the Trustee shall be identified by the debtor's name and case number as they appear above.

*[signature]*
Approved by the Chapter 13 Trustee
Dated: 5/31/13

For the Court
Wayne Blackwelder
Clerk, U.S. Bankruptcy Court

By: *[signature]*
Deputy Clerk

EDC 3-083-03 (Rev. 06/4/12)

RECEIVED
May 31, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004823444