2

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P.O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE:                                              ) Case No: 12 32070 A13
                                                    ) DC No. JPJ-02
                                                    )
                                                    )
DANIEL SCOTT GREENWOOD,                             ) TRUSTEE'S OBJECTION
TINA MARIE GREENWOOD                                ) TO ALLOWANCE OF CLAIM
                                                    )
                                                    ) DATE:  JUNE 30, 2014
                                                    ) TIME    1:30 P.M.
        Debtor(s)                                   ) COURTROOM: 28

    JAN P. JOHNSON, Standing Chapter 13 Trustee in the above referenced matter, objects to the claim of the creditor set forth below on the following grounds:

    Creditor Name: The Bank of New York Mellon as Trustee C/O BANK OF AMERICA NA

    Date Notice of Filed Claims served: 3/20/2013

    Claim Amount: $466,233.59    Non-governmental Bar Date: 10/31/2012

    Claim Filed: 5/22/2013    Governmental Bar Date: 12/26/2012

    Court's Claim Number: 4    Debtor/Debtor Attorney Bar Date: 5/19/2013

    The above noted claim was filed after the date set for filing claims pursuant to Federal Rule of Bankruptcy Procedure 3002(c) and/or the terms of the debtor's confirmed plan, and no request for extension of time was filed or approved by the Court. See exhibit A.

1

WHEREFORE, the Trustee requests that the claim of The Bank of New York Mellon as Trustee C/O BANK OF AMERICA NA be disallowed in its entirety.

Dated: May 08, 2014                                    Respectfully Submitted,

                                                       /s/ Jan P. Johnson
                                                       Standing Chapter 13 Trustee