UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re

DANIEL SCOTT GREENWOOD and
TINA MARIE GREENWOOD,

    Debtor.

Case No. 12-32070-A-13

**ORDER**

Upon the ex parte motion of debtors Daniel Scott Greenwood and Tina Marie Greenwood for an Order terminating the Wage Order entered on May 31, 2013 (Docket No. 40), and good cause appearing therefore,

IT IS HEREBY ORDERED that the Wage Order entered on May 31, 2013 (Docket No. 40) is hereby TERMINATED. Union Pacific Railroad Company, 1400 Douglas St. Stop 1660, Omaha, NE, the employer of debtor Daniel Scott Greenwood is directed to cease deductions from such debtor's wages pursuant to the terminated Wage Order.

Dated: August 07, 2017

By the Court

Michael S. McManus
United States Bankruptcy Judge

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Daniel Scott Greenwood
860 Drynan Lane
Colfax CA 95713

Tina Marie Greenwood
860 Drynan Lane
Colfax CA 95713

Jan P. Johnson
PO Box 1708
Sacramento CA 95812

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento CA 95814