```
                        United States Bankruptcy Court
                         Eastern District of California
```

In re:  
Daniel Scott Greenwood  
Tina Marie Greenwood  
      Debtors

Case No. 12-32070-A  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0972-2     User: mgrs     Page 1 of 1     Date Rcvd: Aug 07, 2017  
                     Form ID: pdf021     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2017.  
db/jdb     +Daniel Scott Greenwood,    Tina Marie Greenwood,    860 Drynan Lane,    Colfax, CA 95713-9411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
tr          +E-mail/Text: bnc@jpj13trustee.com Aug 08 2017 01:55:59     Jan P. Johnson,    PO Box 1708,    Sacramento, CA 95812-1708  
ust        +E-mail/Text: ustpregion17.sc.ecf@usdoj.gov Aug 08 2017 01:55:49     Office of the U.S. Trustee,    Robert T Matsui United States Courthouse,    501 I Street, Room 7-500,    Sacramento, CA 95814-7304  
                                                                                                                                                                                                                                   TOTAL: 2

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2017 at the address(es) listed below:  
NONE.                                                                                                                                                                                                  TOTAL: 0

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re ) Case No. 12-32070-A-13
)
DANIEL SCOTT GREENWOOD and )
TINA MARIE GREENWOOD, )
)
      Debtor. )
)
_____ )

**ORDER**

Upon the ex parte motion of debtors Daniel Scott Greenwood and Tina Marie Greenwood for an Order terminating the Wage Order entered on May 31, 2013 (Docket No. 40), and good cause appearing therefore,

IT IS HEREBY ORDERED that the Wage Order entered on May 31, 2013 (Docket No. 40) is hereby TERMINATED. Union Pacific Railroad Company, 1400 Douglas St. Stop 1660, Omaha, NE, the employer of debtor Daniel Scott Greenwood is directed to cease deductions from such debtor's wages pursuant to the terminated Wage Order.

Dated: August 07, 2017

By the Court

Michael S. McManus
United States Bankruptcy Judge

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Daniel Scott Greenwood
860 Drynan Lane
Colfax CA 95713

Tina Marie Greenwood
860 Drynan Lane
Colfax CA 95713

Jan P. Johnson
PO Box 1708
Sacramento CA 95812

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento CA 95814